**Brink's, Incorporated et al., Appellants, v. Pennsylvania Public Utility Commission.**

Argued April 13, 1966. *Samuel P. Delisi* and *Peter Platten,* with them *Franklyn E. Conflenti, F. D. Partlan, William J. Lavelle,* and *Delisi, Wick & Vuono,* for appellants; *Louis J. Carter,* Assistant Counsel, with him *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee; *Arthur J. Diskin,* for intervening appellee.

**Order affirmed.**

WATKINS, J., absent.

**Chapman Liquor License Case.**

Argued April 13, 1966. *Byrd R. Brown,* with him *Utterback, Brown & Harper,* for appellant; *Floyd R. Warren,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

**Order affirmed.**

WATKINS, J., absent.